**Electronically Filed
Supreme Court
SCWC-28917
21-MAR-2013
12:08 PM**

SCWC-28917

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CIVIL NO. 03-1-1922
NST HOLDINGS CORP., dba BUDGET HAWAIIAN HOLIDAYS, GENE MIYAKE and
DANNY CHING, Respondents/Plaintiffs-Appellants/Cross-Appellees,

vs.

ALTRES, INC., Petitioner/Defendant-Appellee/Cross-Appellant,

and

NAUTILUS INSURANCE COMPANY,
Respondent/Defendant-Appellee/Cross-Appellee,

and

GARY DIFALCO, Respondent/Defendant;

AND

CIVIL NO. 04-1-0776
NST HOLDINGS CORP., dba BUDGET HAWAIIAN HOLIDAYS, DANNY CHING and
GENE MIYAKE, Respondents/Plaintiffs-Appellants/Cross-Appellees,

vs.

ALTRES, INC., Petitioner/Defendant-Appellee/Cross-Appellant,

and

ISLAND INSURANCE COMPANY,
Respondent/Defendant-Appellee/Cross-Appellee,

and

GARY DIFALCO, Respondent/Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28917)

<u>ORDER APPROVING STIPULATION FOR DISMISSAL</u>
(By: Recktenwald, C.J., Nakayama, and Acoba, JJ., and
Circuit Judges Crandall and Del Rosario, in place
of McKenna and Pollack, JJ., recused)

Upon consideration of the parties' March 18, 2013 stipulation for dismissal with prejudice of all claims and parties,

IT IS HEREBY ORDERED that the stipulation for dismissal is approved and the case is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED: Honolulu, Hawaiʻi, March 21, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Virginia L. Crandall

/s/ Dexter D. Del Rosario